IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAY 11 AM 10: 15
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| BRENDA C. WYNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 106-42 |
| ) | |
| THE COUNTY BOARD OF EDUCATION ) | |
| OF RICHMOND COUNTY et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants Brown, Overstreet, and Crawford are **DISMISSED** from this action.

SO ORDERED this 11th day of May, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE